**Jose GUTIERREZ, Petitioner–
Appellant,**

v.

**Dan L. DOVE, Warden, Federal Cor-
rectional Institution Edgefield,
Respondent–Appellee.**

No. 02–6386.

United States Court of Appeals,
Fourth Circuit.

Submitted June 20, 2002.

Decided June 26, 2002.

Jose Gutierrez, Appellant Pro Se.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jose Gutierrez appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Gutierrez v. Dove,* No. CA 01–2622–3–22 (D.S.C. filed Feb. 15, 2002 & entered Feb. 19, 2002). Gutierrez's motion for a certificate of appealability is denied as unnecessary. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*